MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JIMMY E. COATS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>    Defendant. | Case No.: 2:18-cv-02298-EFB<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE AND SERVE ANSWER, CERTIFIED ADMINISTRATIVE RECORD, AND TO MODIFY BRIEFING SCHEDULE.** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file the certified administrative record (CAR) and Answer to Plaintiff's Complaint be extended from January 9, 2019 to **February 8, 2019**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Defendant needs additional time for filing and service of the Certified Administrative Record (CAR). Defendant makes this request in good faith with no intention to unduly delay the proceedings.

///

///

JS for Extension of Time;                                                            Case No. 2:18-cv-02298-EFB

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 9, 2019 /s/ *Langey E. Kreuze*
(*as authorized by email on January 9, 2019
LANGLEY E. KREUZE
Attorney for Plaintiff

Dated: January 9, 2019 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 15, 2019.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE