MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JIMMY E. COATS,<br><br>    Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>    Defendant. | Case No.: 2:18-cv-02298-EFB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO ~~RESPOND TO PLAINTIFF'S OPENING BRIEF~~ FILE CROSS-MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file her ~~response to Plaintiff's Opening Brief~~ cross-motion for summary judgment be extended from April 17, 2019 to **May 21, 2019**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Last month, Counsel for Defendant (Counsel) was terribly ill with the flu and pneumonia and was out of the office for two and half weeks on intermittent sick leave. Counsel also was out for her chronic migraines, which impair her vision. In addition, Counsel has over 80+ active matters, which require two or more dispositive motions per week until mid-May. Due to unexpected leave and heavy workload, Counsel respectfully requests additional time to adequately review the

JS for Extension of Time;                                            Case No. 2:18-cv-02298-EFB

1

transcript and respond to the issues raised in Plaintiff's Opening Brief.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.   Defendant apologizes for the belated request for extension, but made this request as soon as reasonably practicable following her sick leave. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                 Respectfully submitted,

Dated: April 12, 2019                /s/  *Shellie Lott*
                                        (*as authorized by email on April 12, 2019
                                        SHELLIE LOTT
                                        Attorney for Plaintiff


Dated:  April 12, 2019               MCGREGOR W. SCOTT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration


                              By    /s/  *Tina L. Naicker*
                                        TINA L. NAICKER
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant


## **ORDER**

APPROVED AND SO ORDERED.


DATED:  April 23, 2019.                    *[signature]*
                                        THE HONORABLE EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE