MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

JIMMY E. COATS,

      Plaintiff,

  vs.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

      Defendant.

Case No.: 2:18-cv-02298-EFB

**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF.**

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file her ~~response to Plaintiff's Opening Brief~~ cross-motion for summary judgment be extended from May 21, 2019 to **June 28, 2019**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Last month, Counsel for Defendant (Counsel) was out of the office attending funeral and prayer services following multiple family tragedies, including the death of her two cousins, and uncle. Counsel also was out of the office taking care of her elderly mother, who is scheduled for two surgeries this month, including on the date of the current filing deadline. In addition, Counsel has over 100+ active matters, which require two or more dispositive motions per week until mid-

July.  Due to unexpected leave and heavy workload, Counsel respectfully requests additional time to adequately review the transcript and respond to the issues raised in Plaintiff's Opening Brief.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.   Defendant apologizes for the belated request for extension, but made this request as soon as reasonably practicable, as she has been out of the office. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 16, 2019 /s/ *Shellie Lott*
(*as authorized by email on May 16, 2019
SHELLIE LOTT
Attorney for Plaintiff

Dated:  May 16, 2019 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  May 20, 2019.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE